### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

KOPOPELLI COMMUNITY WORKSHOP v. SELECT PORTFOLIO   Case No. 10cv1605 DMS(RBB)

**Time Spent:**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE          Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Catherine Bryan | Kalama Mark Lui-Kwan |
| Betty Bryan | Regina J. McClendon |
|  | Noah M. Bean |
|  | Gwen H. Ribar |
|  | William J. Idleman |
|  | Cathy A. Knecht |
|  | Joseph E. Floren |
|  | Tricia Takagi |

PROCEEDINGS:   ___ In Chambers   ___ In Court   ___ Telephonic

On July 22, 2011, Defendants Select Portfolio Servicing, Inc. and Bill Koch filed an Ex Parte Motion to Set Deposition Dates [ECF No. 105]. In the Notice accompanying their Ex Parte Motion, Defendants state that they seek to take the depositions of Plaintiffs Betty Bryan and Catherine Bryan. (Ex Parte Mot. Set Dep. Dates 2, ECF No. 105.) The Ex Parte Motion was served on Plaintiffs and the Defendants who have appeared in this action. (Id. Attach. #8, Proof Service 1-3.) As of the date of this order, neither Plaintiff and no Defendant has filed an opposition to this Ex Parte Motion.

The moving Defendants have shown good cause to take the deposition of Plaintiff Betty Bryan prior to the conference required by Rule 26(f) of the Federal Rules of Civil Procedure. (Id. Attach. #2, Mem. P. & A. 3.) They have not, however, shown good cause to take the deposition of Plaintiff Catherine Bryan at an early stage. On the contrary, their memorandum does not address Catherine Bryan. (Id.)

Accordingly, Defendants' Ex Parte Motion to Set Deposition Dates is granted in part and denied in part. Defendants are granted leave to take the deposition of Plaintiff Betty Bryan prior to the Rule 26(f) conference, which the Court will schedule at the time it holds an early neutral evaluation conference. Defendants are denied leave to depose Plaintiff Catherine Bryan prior to the Rule 26(f) conference.

DATE: August 11, 2011          IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc: Judge Sabraw                    INITIALS: VL (mg/irc) Deputy
    All Parties of Record